IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01745-REB-MJW

WILDEARTH GUARDIANS,

    Plaintiff,

v.

U.S. FISH AND WILDLIFE SERVICE,

    Defendant.

## ORDER GRANTING JOINT MOTION TO STAY DEADLINES [DOCKET NO. 22]

For good cause shown, the parties' Joint Motion to Stay Deadlines, Docket No. 22, is **granted.** All deadlines in this matter, including the currently set November 22, 2011, scheduling conference and associated deadlines, and Defendant's December 1, 2011, deadline for responding to the Complaint in this matter are hereby stayed. (*)

DATED: November 17, 2011

(*) The Rule 16 Scheduling Conference set on November 22, 2011 At 8:30 A.m. is VACATED. The Parties shall file their stipulated motion to Dismiss with the Court by December 15, 2011.

BY THE COURT

/s/ Michael J. Watanabe
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO